UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:21-cv-783-TJC-PDB

DAVID POSCHMANN,

       Plaintiff,
v.

BAIJANTI AND BROTHERS
ESTATES, INC.

       Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

| | |
|---|---|
| s/Drew M. Levitt | s/Rashida L. Willhoit |
| Drew M. Levitt | Rashida L. Willhoit |
| Florida Bar No. 782246 | Florida Bar No. 93582 |
| drewmlevitt@gmail.com | Rashida.willhoit@geganoffice.com |
| Lee D. Sarkin | **GEGAN LAW OFFICE** |
| Florida Bar No. 962848 | 1005 N. Marion Street |
| lsarkin@aol.com | Floridian Legal Service Bldg. |
| 4700 N.W. Boca Raton Boulevard | Tampa, Florida 33602 |
| Suite 302 | Telephone (813) 248-8900 |
| Boca Raton, Florida 33431 | Attorneys for Defendant |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |