# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

DAVID POSCHMANN,

    Plaintiff,

v.                        Case No. 3:21-cv-783-TJC-PDB

BAIJANTI AND BROTHERS
ESTATES, INC.,

    Defendant.

## **O R D E R**

Upon review of the parties' Stipulation of Dismissal With Prejudice (Doc. 11), filed on October 18, 2021, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of October, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record